UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC. AS BROADCAST LICENSEE OF THE NOVEMBER 14, 2009 "FIREPOWER:" PACQUIAO/COTTO EVENT<br><br>    Plaintiff,<br><br>v.<br><br>1) MELYS INVESTMENT GROUP, LLC, INDIVIDUALLY AND D/B/A MELY'S MEXICAN CUISINE AND D/B/A MELY'S RESTAURANT BAR; AND<br>2) JOHN R. REIMER A/K/A JOHN RANDALL REIMER, INDIVDIVUALLY AND D/B/A MELY'S MEXICAN CUISINE AND D/B/A MELY'S RESTAURANT BAR<br><br>    Defendants/Third Party Plaintiffs<br><br>v.<br><br>COMCAST CORPORATION AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC<br><br>    Third-Party Defendants | Civil Action No. 4:11-cv-03993 |

MELYS INVESTMENT GROUP, LLC AND JOHN R. REIMER'S
<u>THIRD PARTY COMPLAINT AGAINST</u>

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW **MELYS INVESTMENT GROUP, LLC INDIVIDUALLY AND D/B/A MELY'S MEXICAN CUISINE AND D/B/A MELY'S RESTAURANT BAR**

("Melys") and **JOHN R. REIMER** ("Reimer" and, with Melys, "Third-Party Plaintiffs") and files their Third Party Complaint against and would show the Court as follows:

## I.
## PARTIES

1. Third-Party Plaintiff Melys Investment Group, LLC is a Texas limited liability corporation doing business as Mely's Mexican Cuisine and d/b/a Mely's Restaurant.

2. Third-Party Plaintiff John R. Reimer is an individual residing in the State of Texas.

3. Third Party Defendant Comcast Corporation is a foreign corporation doing business in the State of Texas. Comcast may be served through its registered agent, CT Corporation System, 111 Eighth Avenue, New York, New York 10011.

4. Third Party Defendant Comcast Cable Communications Management, LLC (collectively with Comcast Corporation, "Comcast") is a foreign corporation doing business in the State of Texas. Comcast may be served through its registered agent, CT Corporation System, 350 North St. Paul Street, Suite 2900, Dallas, Texas 75201.

## II.
## JURISDICTION AND VENUE

5. This action arises in Texas out of causes of action under the Communications Act of 1934, as amended, 47 U.S.C. §§553 and 605.

6. Venue is proper in this District because the events giving rise to this Third-Party Complaint occurred in this District and Division. Further, Third-Party Plaintiffs are involved in other litigation in this District involving the same set of facts.

## III.
## BACKGROUND FACTS

7. Third-Party Plaintiffs have been sued by **J&J SPORTS PRODUCTIONS, INC. AS BROADCAST LICENSEE OF THE NOVEMBER 14, 2009 "FIREPOWER:"**

**PACQUIAO/COTTO EVENT ("J&J")**. J&J alleges that it was the license company authorized to sub-license the closed-circuit telecast of the November 14, 2009 "Firepower": Manny Pacquiao v. Miguel Cotto, Welterweight Championship Fight Program, including undercard or preliminary bouts, (collectively the "Event") at closed-circuit locations such as theaters, arenas, bars, clubs, lounges, restaurants and the like throughout Texas.

8. J&J alleges that the closed-circuit broadcast of the Event was not intended for the use of the general public. J&J further alleges that in Texas, the closed-circuit broadcast of the Event could only be exhibited in a commercial establishment, if the establishment was contractually authorized to do so by J&J.

9. Pursuant to its authority to sub-license the Event, J&J allegedly marketed and distributed the closed-circuit rights granted to it. J&J allegedly contracted with various establishments throughout Texas and granted such establishments the right to broadcast the Event in exchange for a fee.

10. J&J alleges that the transmission of the Event was electronically coded or "scrambled," and in order for the signal to be received and telecast clearly, it had to be decoded with electronic decoding equipment.

11. Third-Party Plaintiff Mely's Mexican Cuisine has a commercial cable television account through Comcast. On November 14, 2009, Third-Party Plaintiff Mely's Mexican Cuisine properly purchased the Event through its cable television provider, Comcast. (A copy of Third-Party Plaintiff's Comcast bill dated December 5, 2009, is attached hereto and incorporated herein by reference.

12. J&J alleges that Third-Party Plaintiffs were not authorized to intercept, receive, or transmit the communication of the Event or to assist in such actions in any form or at any time.

Nevertheless, Comcast permitted Third-Party Plaintiffs to purchase the Event through its commercial cable account with Comcast.

## IV.
## CAUSES OF ACTION

### BREACH OF CONTRACT AND DTPA

13. Third-Party Plaintiffs incorporate the allegations of the preceding paragraphs by reference as if fully set forth herein.

14. Third-Party Plaintiffs are party to a valid and enforceable contract with Comcast. In the event that Third-Party Plaintiffs must pay any monetary damages on account of their valid purchase of the Event through Comcast, Comcast will have breached its contract with Third-Party Plaintiffs. Third-Party Plaintiffs are entitled to recover from Comcast any sums that they are required to pay as a result of their purchase of the Event through Comcast.

15. If J&J's allegations are true, Comcast did not have authorization to sell the Event to Third-Party Plaintiffs. Yet, Comcast sold it to Third-Party Plaintiffs for $54.99 anyway thus subjecting Third-Party Plaintiffs to statutory liability under what J&J alleges is 11 U.S.C. §§553 and 605.

16. Third-Party Plaintiffs are consumers under the Texas Deceptive Trade Practices-Consumer Protection Act ("DTPA"). Tex. Bus. & Comm. Code §17.41 *et. seq.* Comcast's acts herein also violate the Texas DTPA. By improperly selling the Event to Third-Party Plaintiffs and, as J&J alleges, subjecting Third-Party Plaintiffs to statutory monetary damages, Comcast has violated §17.46(b)(2), (b)(3), and (b)(5).

17. As a result of Comcast's breach of contract and violations of the DTPA, Third-Party Plaintiffs have incurred monetary damages in the form of attorneys' fees and costs for its defense and potential monetary damages owed to J&J. Third-Party Plaintiffs seek monetary

damages from Comcast in an amount within the jurisdictional limits of this Court.

## CONTRIBUTION

18. Third-Party Plaintiffs incorporate the allegations of the preceding paragraphs by reference as if fully set forth herein.

19. To the extent Third-Party Plaintiffs are required to pay any monetary damages to J&J on account of their purchase of the Event through Comcast, Third-Party Plaintiffs will have paid the full amount of the judgment despite properly purchasing the Event through Comcast. Third-Party Plaintiffs will have paid more than its proportional share to satisfy the judgment. As such, Third-Party Plaintiffs are entitled to recover from Comcast any amounts that must be paid to the extent of the benefit Comcast received from such payments.

## INDEMNITY

20. Third-Party Plaintiffs incorporate the allegations of the preceding paragraphs by reference as if fully set forth herein.

21. Third-Party Plaintiffs' properly and without prior knowledge purchased the Event through its commercial cable television account with Comcast. Comcast sold the Event to Third-Party Plaintiffs for $54.99. Two years later, J&J files suit against Third-Party Plaintiffs for alleges violations of the 11 U.S.C. §§553 and 605. If J&J's allegations are true, Comcast did not have authority to sell the Event to Third-Party Plaintiffs. Yet, Comcast sold it anyway thereby subjecting Third-Party Plaintiffs to liability.

22. To the extent Third-Party Plaintiffs are required to pay monetary damages to J&J, Third-Party Plaintiffs will have paid the full amount of the judgment when it properly and without prior knowledge of J&J's alleged exclusive contract purchased the Event through its commercial cable television service provider, Comcast. Third-Party Plaintiffs' liability for any

damages that must be is entirely vicarious because Third-Party Plaintiffs were innocent parties who properly and rightfully purchased the Event through their cable service provider, Comcast. Thus, Third-Party Plaintiffs are not independently culpable, but rather are only liable as a result of having purchased the Event through Comcast who apparently should not have allowed Third-Party Plaintiffs to purchase the Event. As such, Third-Party Plaintiffs are entitled to recover from Comcast any damages that must be paid to J&J.

## QUANTUM MERUIT

23. Third-Party Plaintiffs incorporate the allegations of the preceding paragraphs by reference as if fully set forth herein.

24. In the alternative to Third-Party Plaintiffs' Third-Party Complaint for Breach of Contract, Third-Party Plaintiffs assert that it they are innocent parties who properly purchased the Event through Comcast, its commercial cable television service provider for $54.99. If J&J's allegations are true, Comcast should not have permitted Third-Party Plaintiffs to purchase the Event. By properly purchasing the Event through Comcast, J&J alleges that Third-Party Plaintiffs have violated 47 U.S.C. §§553 and 605. As such, Third-Party Plaintiffs are entitled to recover the monetary damages from Comcast that it would otherwise be required to pay to J&J.

Respectfully submitted,

  //s// George A. Kurisky, Jr.
George A. Kurisky
Texas Bar No. 11767700

**ATTORNEYS FOR THIRD-PARTY PLAINTIFFS MELYS INVESTMENT GROUP, LLC INDIVIDUALLY AND D/B/A MELY'S MEXICAN CUISINE AND D/B/A MELY'S RESTAURANT BAR AND JOHN R. REIMER**

OF COUNSEL:

**JOHNSON DELUCA KURISKY & GOULD, P.C.**

Branch M. Sheppard
Texas Bar No. 24033057
4 Houston Center
1221 Lamar Street, Suite 1000
Houston, Texas 77010
(713) 652-2525 Telephone
(713) 652-5130 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via CM/ECF and facsimile on the 1st day of May, 2012, to the following:

***VIA FACSIMILE 214-521-8821***
DAVID M. DIAZ
ANDREW R. KORN
KORN, BOWDICH AND DIAZ, LLP
4221 AVONDALE AVE.
DALLAS, TEXAS 75219

                                        //s// George A. Kurisky, Jr.
                                        George A. Kurisky, Jr.



| Acco... Number | 8777 70 173 0151419 |
|---|---|
| Billing Date | 12/05/09 |
| **Unpaid Balance** | **$393.00 - Due Now** |
| New Charges | $462.98 - Due 12/25/09 |
| Total Amount Due | $855.98 |
| | Page 1 of 4 |

Contact us:  www.comcast.com   713-341-8800

**Melys Mexican Cuisine #**

For service at:
3659 NASA PKWY STE A
MELYS MEXICAN CUISINE
SEABROOK, TX 77586-6324

## News from Comcast

Unpaid balance due immediately. A late fee of $7, a non-pay reactivation fee up to $7.99 & a $34.95 collection fee may apply. A deposit, restart fee, and first month's payment will be required before restart. A fee of up to $475 will be applied for all unreturned equipment.

Save time. Save a tree. Your entire statement is available online. Sign up today for secure online billing and say goodbye to your paper bill forever. Also available are automatic monthly payments so you"ll never need checks, stamps or envelopes again. Visit www.comcast.com/ecobill support to register today.

More information regarding our rates is available on our website www.comcast.com or you can call us at 713-341-1000.

Call before you dig - 1-800-669-8344
for underground cable location to prevent cable cuts.

### Monthly Statement Summary

| Previous Balance | 393.00 |
|---|---|
| Payment | 0.00 |
| **Unpaid Balance - Due Now** | **393.00** |
| New Charges - Due by 12/25/09 | 462.98 |
| See below for more information | |
| **Total Amount Due** | **$855.98** |

### New Charges Summary

| Comcast Cable Television | 317.94 |
|---|---|
| Comcast High-Speed Internet | 94.95 |
| Taxes, Surcharges & Fees | 50.09 |
| **Total New Charges** | **$462.98** |

Thank you for being a valued Comcast customer!

---

Detach and enclose this coupon with your payment. Please write your account number on your check or money order. Do not send cash.

**comcast**

8590 W TIDWELL HOUSTON TEXAS 77040-5568

8777 7000 NO RP 05 12062009 YYNNNY 01 014030

MELYS MEXICAN CUISINE #
3659 NASA PKWY STE A
MELYS MEXICAN CUISINE
SEABROOK, TX 77586-6324

| **Account Number** | 8777 70 173 0151419 |
|---|---|
| **Payment Due By** | Due Now |
| **Total Amount Due** | **$855.98** |
| **Amount Enclosed** | $ |

Make checks payable to Comcast

COMCAST
PO BOX 660618
DALLAS TX 75266-0618

8777017301514190085598 1



EXHIBIT A



## Service Details

Contact us: @ www.comcast.com 📞 713-341-8800

| Account Number | 8777 70 173 0151419 |
|---|---|
| Billing Date | 12/05/09 |
| **Unpaid Balance** | **$393.00 - Due Now** |
| New Charges | $462.98 - Due 12/25/09 |
| Total Amount Due | $855.98 |
| | Page 2 of 4 |

### Comcast Cable Television

| | | |
|---|---|---|
| Commercial Basic Video<br>Basic Service | 12/05 - 01/04 | 60.00 |
| Commercial Basic Video<br>Expanded Basic | 12/05 - 01/04 | 110.00 |
| Sports Entertainment PK | 12/05 - 01/04 | 7.95 |
| Comm Digital Preferred | 12/05 - 01/04 | 20.00 |
| HD Digital Box | 12/05 - 01/04 | 5.00 |
| ADDTL HD Digital Box<br>Qty 4 @ $5.00 each | 12/05 - 01/04 | 20.00 |
| Commercial Digital A/O | 12/05 - 01/04 | 10.00 |
| Commercial Digital A/O<br>Qty 3 @ $10.00 each | 12/05 - 01/04 | 30.00 |
| Pacquiao V Cotto | 11/14   7:00 P.M. | 54.99 ⬅ |
| **Total Comcast Cable Television** | | **$317.94** |

### Comcast High-Speed Internet

| | | |
|---|---|---|
| Business Class Internet<br>Device Fee | 12/05 - 01/04 | 5.00 |
| Business Class Internet<br>Enhanced W/video | 12/05 - 01/04 | 89.95 |
| **Total Comcast High-Speed Internet** | | **$94.95** |

### Taxes, Surcharges & Fees

| | |
|---|---|
| Cable Television | |
| Franchise Fee | 17.02 |
| State and Local Sales Tax | 27.64 |
| FCC Regulatory Fee | 0.07 |
| Internet | |
| State and Local Sales Tax | 5.36 |
| **Total Taxes, Surcharges & Fees** | **$50.09** |

For technical or billing questions, please call 713-341-1000. Notice about Electronic Check Conversion: When you remit a check as payment, you authorize us to use information from your check to make a one-time electronic fund transfer(EFT)from your account. When we use information from your check to make an EFT, funds may be withdrawn from your account as soon as the same day that payment is received, and you will not receive your cancelled check back. If we cannot post the transaction electronically,an image copy of your check may be presented for payment. For questions or further details, you may contact us at 800-669-4396. ***Nonpayment of any portion of your cable TV, Internet, phone, and/or home security service(s)could result in disconnection of any service provided by Comcast.
Hearing/Speech Impaired Call 711 for Customer Service.
Moving? Call 1-888-COMCAST





FCC Community ID: TX0515 - City Of Seabrook, 1700 First St, Seabrook, TX 77586 Phone 281-291-5600